FILED
FEB -3 2010

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| **JAMES LEE GRIFFITH,** | ) | Civil Case No. 08-892-HU |
| | ) | |
| Plaintiff, | ) | |
| | ) | O R D E R |
| v. | ) | |
| | ) | |
| **BRIAN BELLEQUE,** | ) | |
| | ) | |
| Defendant. | ) | |

Alison M. Clark
Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland , Oregon  97204

Attorneys for Plaintiff

Page 1 - ORDER

Kristen E. Boyd
State of Oregon
Department of Justice
1162 Court Street, NE
Salem, OR 97301

    Attorney for Defendant

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on January 13, 2010. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#25) dated January 13, 2010.

IT IS HEREBY ORDERED that petitioner's petition for writ of habeas corpus (#2) is denied, and this proceeding is dismissed with prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied. See 28 U.S.C. § 2253(c)(2).

    Dated this _____3rd_____ day of February, 2010.

                                                             Garr M. King
                                                             United States District Judge